U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

NOV 2 0 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JOSEPH L. RAINEY** | : | **DOCKET NO. 2:08 CV 00750** |
| **VS.** | : | **JUDGE MINALDI** |
| **BUREAU OF PRISONS, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED, ADJUDGED and DECREED that the Petitioner's Rule 60(b)(4) Motion for Relief [doc.23] is DENIED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that this case BE AND IS DISMISSED WITH PREJUDICE for failure to prosecute, failure to obey a court order and as frivolous. The Clerk is directed to note on the docket that this dismissal constitutes a "strike" within the meaning of 28 U.S.C. § 1915(g).

Lake Charles, Louisiana, this 19 day of November, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE